# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-2804
_____

William Marcus Combs

*Plaintiff - Appellant*

v.

Fort Smith Public Schools

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Ft. Smith

_____

Submitted: April 9, 2025
Filed: April 14, 2025
[Unpublished]

_____

Before LOKEN, ERICKSON, and STRAS, Circuit Judges.

_____

PER CURIAM.

William Combs appeals the district court's[1] adverse grant of summary judgment in his employment discrimination action against Fort Smith Public Schools

_____

[1]The Honorable P.K. Holmes, III, then United States District Judge for the Western District of Arkansas, took inactive status on October 1, 2024.

(FSPS).  Upon careful review, we conclude that summary judgment was proper, as FSPS proffered legitimate, non-discriminatory reasons for its failure to hire Combs, and Combs did not establish that such reasons were a mere pretext for discrimination. See EEOC v. Audrain Health Care, Inc., 756 F.3d 1083, 1086 (8th Cir. 2014) (standard of review).

Accordingly, we affirm.

_____